IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| RAIN DROP FOUNDATION, INC. | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. 3:19-CV-01077-E |
| | § | |
| PHILADELPHIA INDEMNITY | § | |
| INSURANCE COMPANY | § | |

## JOINT RULE 41 STIPULATION OF DISMISSAL WITH PREJUDICE

**TO THE HONORABLE COURT:**

COMES NOW Rain Drop Foundation, Inc. (Rain Drop), jointly with Defendant Philadelphia Indemnity Insurance Company (Philadelphia), with this Joint Rule 41 Stipulation of Dismissal with Prejudice.

On September 5, 2020, Rain Drop and Philadelphia entered into a confidential settlement with respect to the disputes between them, the provisions of which are incorporated herein by reference.

Federal Rule of Civil Procedure 41 provides that an action may be dismissed by the filing of "a stipulation of dismissal signed by all parties who have appeared." FED. R. CIV. P. 41(a)(1)(A)(ii); *see also Yesh Music v. Lakewood Church*, 727 F.3d 356, 362 (5th Cir. 2013). A court order is not necessary when the parties to the lawsuit file a stipulation of dismissal under Rule 41(a)(1)(A)(ii). *Yesh Music*, 727 F.3d at 362.

Therefore, pursuant to FED. R. CIV. P. 41(a)(1)(A)(ii), Rain Drop and Philadelphia jointly stipulate that all claims asserted by Rain Drop against Philadelphia in this matter shall be dismissed with prejudice, with each party to bear its own costs.

**WHEREFORE**, the Parties pray that the Court take notice of this Joint Rule 41 Stipulation of Dismissal with Prejudice to dismiss all claims against Philadelphia Indemnity Insurance Company with prejudice, and grant the Parties any other and further relief, at law or in equity, to which they are justly entitled.

Respectfully submitted,

*/s/ Stephen A. Melendi*
Stephen A. Melendi
State Bar No. 24041468
stephenm@tbmmlaw.com
Lisa A. Songy
State Bar No. 00793122
lisas@tbmmlaw.com
Michael A. Hewitt
State Bar No. 24092510
michaelh@tbmmlaw.com
Tollefson Bradley Mitchell & Melendi, LLP
2811 McKinney Avenue, Suite 250
Dallas, Texas 75204
Telephone:    214-665-0100
Facsimile:     214-665-0199
**ATTORNEYS FOR DEFENDANT
PHILADELPHIA INDEMNITY
INSURANCE COMPANY**

-and-

*Preston J. Dugas III*
Preston J. Dugas III
State Bar No. 24050189
preston@pjdlawfirm.com
Carin "CJ" Evans
State Bar No. 24032929
cjevans@pjdlawfirm.com
**PRESTON DUGAS LAW FIRM, PLLC**
1701 River Run, Suite 703
Fort Worth, Texas 76107
Telephone: (817) 945-3061
Facsimile: (682) 219-0761
**ATTORNEYS FOR PLAINTIFF
RAIN DROP FOUNDATION, INC.**

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing document was served upon all counsel of record via e-service in accordance with the Federal Rules of Civil Procedure on this 30th day of September 2020.

                                                       */s/ Stephen Melendi*
                                                       Stephen A. Melendi